UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PJSC URALKALI,

                Petitioner,

– against –

SILAS CHOU *and* JOHN D. IDOL,

                Respondents.

**ORDER**

18 Civ. 459 (ER)

Ramos, D.J.:

The parties are ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated: April 6, 2020
       New York, New York

                                          EDGARDO RAMOS, U.S.D.J.